OPINION — AG — ** SCHOOL — TRANSFER NUMBER ** QUESTION: DOES THE NEW SCHOOL LAW CONCERNING THE AVERAGE DAILY ATTENDANCE OF A SCHOOL DISTRICT THAT THEY MUST HAVE FORTY(40) A.D.A. TO RECEIVE STATE AID, AFFECT THE PRESENT TRANSFER LAW ? — NEGATIVE (TEACHERS, STATE EQUALIZATION AID, PUPILS, STUDENTS) CITE: OPINION NO. MAY 1, 1957 — RIVES, 70 O.S. 18-4 [70-18-4] (J. H. JOHNSON)